# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-mj-22292-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING MOTION TO VACATE AND DISMISS** |
| ISIDRO GUTIERREZ-DE JESUS, | |
| Defendant. | |

On April 20, 2020, the Government filed a motion to vacate the conviction and dismiss the charge in the above case in light of the Ninth Circuit's decision in *United States v. Corrales-Vazquez*, 931 F.3d 944 (9th Cir. 2019). *See* Doc. No. 48. On the Government's motion, and for good cause shown, the conviction in the above case is **VACATED** and the charge **dismissed with prejudice**.

**IT IS SO ORDERED**.

DATED: April 22, 2020

_____
JOHN A. HOUSTON
United States District Judge